# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

IN RE: FRED N. STANCIL AND  CASE NO. 4:14MC00002 JLH
LINDA STANCIL, DEBTORS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Luther Sutter's motion to withdraw the reference is denied. This miscellaneous case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE